IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00206-BNB

FRANKIE L. MCCONNELL,

    Plaintiff,

v.

CHRISTINE ALFONSO,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Frankie L. McConnell, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado. Ms. McConnell filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. She was granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

    On March 26, 2012, Magistrate Judge Boyd N. Boland directed Ms. McConnell to file within thirty days an amended complaint that asserted conditions-of-confinement claims appropriate in the § 1983 action; complied with Rule 8 of the Federal Rules of Civil Procedure; asserted the personal participation of each named Defendant; and was on the Court-approved Prisoner Complaint form available with the assistance of her case manager or the facility's legal assistant, along with the applicable instructions, at www.cod.uscourts.gov. The March 26 order warned Ms. McConnell that the complaint and the action would be dismissed without further notice if she failed to file an amended

complaint as directed within the time allowed.

On April 19, 2012, Ms. McConnell submitted an unsigned amended complaint that did not comply with the directives of the Marsh 26 order, including but not limited to asserting claims in compliance with Fed. R. Civ. P. 8 pleading requirements that are submitted on the Court-approved Prisoner Complaint form.  On April 20, 2012, Magistrate Judge Boland entered a minute order allowing Ms. McConnell an additional twenty days in which to submit a second amended complaint on the proper, Court-approved form that complied with the Fed. R. Civ. P. 8 pleading requirements and other directives of the March 26 order.  Magistrate Judge Boland specifically directed Ms. McConnell to obtain the Court-approved Prisoner Complaint form with the assistance of her case manager or the facility's legal assistant, along with the applicable instructions, at www.cod.uscourts.gov.  The April 20 minute order noted this was the final opportunity the Court would afford Ms. McConnell to file an amended complaint in this action, and that failure to do so within the time allowed would result in the dismissal of this action.

Ms. McConnell has failed, within the time allowed, to comply with the April 20 minute order or otherwise to communicate with the Court in any way.  Therefore, the amended complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Ms. McConnell files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Frankie L. McConnell, to comply with the pleading requirements of Rule 8 and the directives of the orders of March 25, 2012, and April 20, 2012, and for her failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   29th   day of    May         , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court